IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES A. WINSTON                                                                    PLAINTIFF
ADC #084733

V.                              NO: 2:17CV00110 BRW/PSH

LYNETTE DICKERSON                                                                     DEFENDANT


**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following proposed Findings and Recommendation have been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Plaintiff Charles A. Winston ("Winston") filed a complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* on June 28, 2017. Doc. Nos. 1 & 2. Winston is an inmate at the Maximum Security Unit at Tucker, Arkansas in the Arkansas Department of Correction ("ADC"). Winston claims certain legal documents were withheld from him for over five years. He says he was told they had been destroyed but they were later returned to him. *See* Doc. No. 2 at 8. He mailed 11 boxes of documents to the Court because he believes there is a conspiracy to destroy his documents. *Id.* at 5. Winston also asks that Judge Jerome T. Kearney

be appointed to the case because he presided over Winston's original suit concerning these documents. That case, *Winston v. Burl*, No. 2:14-cv-00001-DPM, was dismissed for failure to state a claim because Winston had not pleaded a § 1983 claim but a state-law claim for conversion of his property. *See* No. 2:14-cv-00001-DPM, Doc. No. 12. The dismissal of that case constituted a strike under the three-strikes provision of the Prison Litigation Reform Act ("PLRA"). The three-strikes provision requires the court to dismiss a prisoner's *in forma pauperis* action at any time, *sua sponte* or upon a motion of a party, if it determines that the prisoner has

> on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, ***unless the prisoner is under imminent danger of serious physical injury.***

28 U.S.C. § 1915(g) (emphasis added). The U.S. Court of Appeals for the Eighth Circuit has explicitly upheld the constitutionality of the three-strikes provision. *See Higgins v. Carpenter*, 258 F.3d 797 (8th Cir. 2001).

Winston has at least three strikes. Records in the office of the Clerk of Court for the Eastern District of Arkansas reveal that Winston has strikes in the following cases: *Winston v. Burl, et al.*, No. 2:14-cv-00001-DPM; *Winston v. Clark, et al.*, No. 5:12-cv-00430-JLH; *Winston v. Johnson*, No. 4:02-cv-00798-JMM.

As a three-striker, Winston must show that he was in imminent danger of serious physical injury at the time he filed the complaint. 28 U.S.C. § 1915(g); *Ashley v. Dilworth*, 147 F.3d 715, 717 (8th Cir. 1998). The Eighth Circuit has clarified that the imminent danger exception applies only when there is a genuine risk of an "ongoing serious physical injury." *Martin v. Shelton,* 319 F.3d 1048, 1050 (8th Cir. 2003). Winston makes no allegation that he is in any danger of physical injury. Rather, he claims his personal property is at risk. Accordingly, he may not proceed in this case *in forma pauperis.*

IT IS THEREFORE RECOMMENDED THAT:

1.     Winston's motion for leave to proceed *in forma pauperis* (Doc. No. 1) be DENIED, and this case be DISMISSED WITHOUT PREJUDICE.

2.     Winston be given thirty days to reopen the case by paying the $400 filing and administrative fees in full and filing a Motion to Reopen.

3.     Winston be given fourteen days from the deadline to reopen the case to have the documents returned to him or picked up. If he does not do so, the documents will be discarded.

DATED this 5th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE