IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES A. WINSTON                                                                    PLAINTIFF
ADC #084733

V.                                              2:17CV00110 BRW/PSH

LYNETTE DICKERSON                                                                     DEFENDANT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in their entirety.

Accordingly, Winston's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is DENIED, and this case is DISMISSED WITHOUT PREJUDICE.

Winston has thirty days to reopen the case by paying the $400 filing and administrative fees in full and filing a Motion to Reopen.

He also has fourteen days from the deadline to reopen the case to have the documents returned to him or picked up. If he does not do so, the documents will be discarded.

IT IS SO ORDERED this 25th day of July, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE