# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CHARLES A. WINSTON**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #084733**

**V.**　　　　　　　　　　　**2:17CV00110 BRW/PSH**

**LYNETTE DICKERSON**　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

### JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 25th day of July, 2017.

　　　　　　　　　　　　　　　　　　　　/s/ Billy Roy Wilson _____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE